NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERALD PERFORMANCE MATERIALS, LLC, a limited liability company; and FIREMAN'S FUND INSURANCE COMPANIES, a corporation;<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>VARAMO SHIPPING CO. LTD, a foreign entity of unknown form; and ATLANTIC TIDE SHIPPING CO. LTD., a foreign entity of unknown form,<br><br>　　　　　　　　Defendants. | Case No.: 2:15-cv-5282-AB(JCx)<br><br>ORDER DISMISSING PLAINTIFFS' COMPLAINT<br>_____<br><br><br><br><br><br><br><br><br><br>Complaint filed: July 14, 2015 |

Having considered the Stipulation to Dismiss filed herein, and good cause appearing therefore, it is hereby ORDERED that Plaintiffs' Complaint is dismissed, **with prejudice**, in its entirety, each party to bear its own fees and costs.

In light of this stipulation, the Court hereby **DISCHARGES** its November 17, 2015 Order to Show Cause. (Dkt. No. 9.)

**IT IS SO ORDERED.**

DATED: November 24, 2015　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable André Birotte Jr.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE